IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE PETITION FOR A GENERAL ORDER HOLDING CIVIL MATTERS IN ABEYANCE IN WHICH THE UNITED STATES IS A PARTY DUE TO LAPSE OF CONGRESSIONAL APPROPRIATIONS FUNDING THE DEPARTMENT OF JUSTICE AND THE UNITED STATES ATTORNEY'S OFFICE,

Misc. No.   2:18-mc-00196

## CIVIL CASES, ASSIGNED TO JUDGE JOSEPH R GOODWIN, IN WHICH THE UNITED STATES IS A PARTY ARE EXEMPT FROM THE GENERAL ORDER, ENTERED ON DECEMBER 26, 2018, HOLDING SUCH CASES IN ABEYANCE

Civil cases in which the United States is a party were stayed by **GENERAL ORDER** in this miscellaneous case [2:18-mc-00196]. In the interest of efficient communication and to avoid confusion, I enter this **EXEMPTION ORDER** for cases assigned to me.

It is **ORDERED** that all civil cases in which the United States is a party that are assigned to Judge Joseph R. Goodwin are **EXEMPT** from the **GENERAL ORDER** and are **NOT STAYED**. I find that the government shutdown "is a dispute internal to one party, the Federal Government." Mem. & Order, at 1, *United States v. Baltimore Police Dep't*, No. 1:17-cv-0099-JKB, (ECF No. 173). It is my view that the government should not be given special influence or accommodation in cases where such special considerations are unavailable to other litigants. The government, like all parties, is "required to find the means by which to continue its participation in [it's] litigation on a timely basis regardless of internal issues." *Id.*

The Court shall distribute this Exemption Order (1) by electronic service to all registered CM/ECF users; and (2) by posting the Exemption Order on the Court's public website.

ENTER: January 2, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE